No. 91–8289. JACKSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 91–8290. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 91–8298. CLARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 91–8299. RUIZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 91–8326. BELL *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 91–1710. TOYOTA MOTOR CORP. ET AL. *v.* WOOD, JUDGE, 127TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS (HENRY ET AL., REAL PARTIES IN INTEREST). Ct. App. Tex., 1st Dist. Motion of Product Liability Advisory Council, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.